540 U.S. 844
 ACENCIO-CAMPOS
v.
UNITED STATES;
BARRAZA-CHAVARRIA
v.
UNITED STATES;
CACERES-RIVAS
v.
UNITED STATES;
DE LA FUENTE-DE LA FUENTA
v.
UNITED STATES;
FLORES BURCIAGA, AKA FLORES-BURCIAGA
v.
UNITED STATES;
LAZO
v.
UNITED STATES;
MARTINEZ-HERNANDEZ
v.
UNITED STATES; and
OLVERO-MARTINEZ
v.
UNITED STATES.
 No. 02-10944.
 Supreme Court of United States.
 October 6, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 922 (second through eighth judgments) and 923 (first judgment).